# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAG FOOD SERVICES, LLC, f/k/a CORRECTIONAL ADVISOR'S GROUP, LLC, ) ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:18-cv-02753-RWS |
| v. ) ) | |
| SHAVER FOODS, LLC, ) ) | |
| Defendant. | |

## DEFENDANT SHAVER FOODS, LLC'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF THE VERIFIED COMPLAINT

Defendant Shaver Foods, LLC hereby moves to Dismiss Counts II, III, IV, V, and VI of Plaintiff CAG Food Services, LLC f/k/a Correctional Advisor's Group, LLC's Verified Complaint. A memorandum of law setting forth the grounds of this motion has been filed contemporaneously herewith.

Respectfully submitted this 19th day of June, 2018.

[Signature appears on following page]

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar Number 015898
mames@balch.com
James Williams, Jr.
Georgia Bar No. 812411
jwilliams@balch.com

BALCH & BINGHAM LLP
30 Ivan Allen Jr. Boulevard, NW
Suite 700
Atlanta, Georgia 30309
T: (404) 261-6020
F: (404) 261-3756

*Attorneys for Defendant Shaver Foods, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2018, I filed a copy of Defendant Shaver Food, LLC's Motion to Dismiss Counts II, III, IV, V, and VI of The Verified Complaint with the Clerk of the Court via the CM/ECF system, which will automatically notify and serve all counsel of record.

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar Number 015898
