# ATTACHMENT A

1) **Ashley White** – Shaver Foods CEO – Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

2) **Dawn Garrison** – Shaver Foods CFO - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

3) **John Dorman** – Shaver Foods Group Director Sales & Purchasing - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

4) **Rebecca Waits** - Former Sales Dept. Manager for Defendant (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

5) **Jereb Mounce** - Former Sales Dept. Manager for Defendant (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

6) **Michele Howell** - Former Sales Employee for Defendant (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

7) **Jeanette Poole** - Former Sales Employee for Defendant (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

8) **Kelley Harmon** - Sales Employee for Defendant - (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

9) **Nancy Martin** - Sales Employee for Defendant - (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

10) **Jennifer Henderson** - Sales Employee for Defendant - (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

11) **Robin Fike** - Warehouse & Load Planning Manager for Defendant - (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

12) **Tracey Taylor** – Employee for Defendant - (present position unknown) - Knowledge about the parties' relationship including clients and benefits to Defendant, the formation and performance of Defendant under the Original and Amended Supply Agreement, and Defendant's actions following the termination of the Amended Supply Agreement.

13) **John Hurley** – Former President of Corrections at GEO Corrections and Detention, LLC – Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

14) **Wendy Dunegan** – Former Director of Finance at GEO Corrections and Detention, LLC – Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

15) **Chris Watt** – Former Director of Finance at GEO Corrections and Detention, LLC -  (Upon information and belief employed by Trinity Services presently) – Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

16) **Mike Pelletier** – EVP of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

17) **Peter Argeropulos** – EVP of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

18) **George Vose** - EVP of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

19) **Kevin Duckworth** - VP Operations of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

20) **Mike Caltabiano** - VP Operations of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

21) **Steve Tomlin** - VP Operations of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

22) **Billy Waid** - VP Food Service of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

23) **Raul Perez** - Regional Manager Food Service of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

24) **Garry Blocker** - Regional Manager Food Service of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

25) **John Clancy** – Former CEO of Community Education Centers, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

26) **Michael Bailey** - Founder & Chairman of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

27) **Jim Everett** - Former VP of Purchasing of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

28) **Marlin Sejnoha** - President of Corrections of Elior, Inc. (former owner CBM Managed Services) – Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

29) **Dele Oladeji** - VP of Procurement of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

30) **Billy Waid** - Regional Director of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

31) **Shane Sejnoha** – SVP Elior, Inc. & Former owner CBM Managed Services. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

32) **Dustin Sejnoha** - Former owner CBM Managed Services. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

33) **Brenda Hartl** - Purchasing Director of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

34) **Steve Voltz** - Purchasing Director of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

35) **Dennis Hatcher** - Former VP Operations of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

36) **Roshon Cody** - VP of Operations of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

37) **Robert Shearer** - Former Director of Operations of Elior, Inc. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

38) **Dave Miller** – COO – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

39) **Fred Botero** - VP of Purchasing – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers**.**

40) **Victor Rendon** – RVP – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

41) **Tom English** – RVP – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

42) **Tonya Most** – Purchasing – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

43) **Lee Cain** – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

44) **Mark Keller** - VP IT – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

45) **Nick Paduano** – Purchasing – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

46) **Andrew Jones** – Purchasing – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

47) **Chris Watt** – RVP – Trinity Services Group - Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

48) **James Saffle** – Retired Oklahoma DOC Director of Corrections. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

49) **Ron Ward** – Retired Oklahoma DOC Director of Corrections. Knowledge about Plaintiff and Defendant's relationship and interactions with customers.

50) **Mike Wade** - Past President - American Corrections Association (ACA). Knowledge about Plaintiff and Defendant's relationship and interactions with customers.