## **ATTACHMENT C**

(1)     Documents reflecting orders placed to Shaver, amounts paid to Shaver by customers, amounts paid by Shaver to CAG and how those amounts were calculated;

(2)     Emails and other communications regarding the negotiation and formation of the Agreement;

(3)     Documents reflecting sales made by Shaver since May 2018;

(4)     Order guides; and

(5)     Documents reflecting rebates or discounts provided to customers.